### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

LINDA K. MCCANDLESS,

    Plaintiff,

v.                                       CASE NO. 1:10cv209-MP-GRJ

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

### O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 20, 2011. (Doc. 13). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The decision of the Commissioner of Social Security is REVERSED and REMANDED pursuant to Sentence Four of 42 U.S.C. § 405(g) to properly consider the opinion of plaintiff's treating physician, Dr. Irfan Nasir, and to conduct such further proceedings as deemed appropriate.

**DONE and ORDERED** this 20th day of January, 2012.

                                              *s/ M. Casey Rodgers*
                                              **M. CASEY RODGERS**
                                              **CHIEF UNITED STATES DISTRICT JUDGE**